IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANTONIO DEWAYNE HOOKS, )
)
Petitioner, )
)
v. ) Case No. CIV-19-08-D
)
JOE ALLBAUGH, Director, )
)
Respondent. )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin, recommending the denial of Petitioner's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 and dismissal of the action if Petitioner does not pay the $5.00 filing fee within 20 days of an order requiring payment. Petitioner has not filed a timely objection, and thus, has waived further review.[1]

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED, and Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 3] is DENIED.

IT IS FURTHER ORDERED that Petitioner shall pay the full $5.00 filing fee for this action, or show cause for nonpayment, within 20 days from the date of this Order.

IT IS SO ORDERED this 30th day of January, 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] Within the time for making an objection, Petitioner sent a letter addressed to the Clerk regarding an unrelated issue.